FILED

**Demas & Rosenthal, LLP**
Steven H. Schultz, Esq., State Bar No. 163543
2331 Capitol Avenue
Sacramento, California 95816
(916) 442-9000

Attorney for Plaintiff

2000 JAN 16  PM 12: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES

BY _____NL_____

# UNITED STATES DISTRICT COURT
## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SCHROEDER,<br><br>Plaintiff,<br><br>-vs-<br><br>LOS ANGELES COUNTY USC MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH; SCOTT LEARY, M.D.; IGNACIO AMEZCUA, PA; SUSANNA Z KROL; CLINICA MSR OSCAR A ROMERO; DORA MAGANA, NP; UNITED STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**CV08-00264 PSG (CTx)**<br><br>COMPLAINT FOR MEDICAL MALPRACTICE; NEGLIGENT PHYSICIAN HIRING/CREDENTIALING (ELAM); PATIENT DUMPING [California Health and Safety Code 1317; 42 U.S.C. 1395dd] AND DEMAND FOR JURY TRIAL |

split summons 20 and 60

COMES NOW plaintiff MICHELLE SCHROEDER, and alleges against

defendants, and each of them, as follows:

## **DEMAND FOR JURY TRIAL**

Plaintiff, MICHELLE SCHROEDER, hereby demands a jury trial for this

proceeding.

## **JURISDICTION AND VENUE**

1.     Plaintiff was, and at all times mentioned, in this lawsuit a resident and

citizen of the State of California.  Plaintiff is now a resident of Castle Rock,

Washington.

2.     Defendants, LOS ANGELES COUNTY USC MEDICAL CENTER;

USC MEDICAL CENTER; COUNTY OF LOS ANGELES; LOS ANGELES

COUNTY DEPARTMENT OF HEALTH SERVICES; COUNTY OF LOS

ANGELES DEPARTMENT OF PUBLIC HEALTH; SCOTT LEARY, M.D.;

IGNACIO AMEZCUA, PA; SUSANNA Z KROL; CLINICA MSR OSCAR A

ROMERO; DORA MAGANA, NP; UNITED STATES OF AMERICA;

UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND

HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN

SERVICES, and DOES 1 through 100, inclusive, is, and at all times mentioned

were individuals and/or business entities, form unknown, and/or governmental

entities, form unknown, organized and existing under the laws of the State of

California, with their principal place(s) of business in the State of California.

3.    The amount in controversy exceeds $75,000, exclusive of costs and interest.

4.    Jurisdiction rests with this Court in that the defendants, United States of America;  United States of America, Department of Health and Human Services; Clinica MSR Oscar A. Romero, are all Federal entities.  Additionally, the third cause of action presents a Federal question under 42USC 1395dd.  Lastly, Plaintiff, Michelle Schroeder resides in Castle Rock, Washington, and all of the defendant's reside in California, thereby establishing diversity jurisdiction.

5.    Venue in this action is properly laid in the Central District of California under 28USC 1391(a) in that it is the jurisdiction and venue where the claim arises and where all the Defendants reside.

6.    On or about March 16, 2007, a State Court Amended Government claim was filed and served on all defendant's (Exhibit A, attached hereto (including Proofs of Service)).  That claim was denied on April 12, 2007 as to the non-federal defendant's.  (Exhibit B, attached hereto).  On March 21, 2007, defendant Clinica Monsignor Oscar A. Romero, after being served with the above claim (Exhibit A), sent a letter advising that the clinic and its employees including defendant Dora Magana, FNP, were Federal entities/employees covered under the Federal Tort Claims Act.  Thereafter, on May 11, 2007,

Plaintiff filed a Federal claim for damages which was served on the Federal

entity defendant's on May 21, 2007 (Exhibit C, attached hereto).  That claim

was denied by operation of law (passage of six months without denial) on

November 21, 2007.

### FIRST CAUSE OF ACTION
### (*Medical Negligence*)

COMES NOW plaintiff MICHELLE SCHROEDER and alleges as and for

a first cause of action against defendants, LOS ANGELES COUNTY USC

MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS

ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH

SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC

HEALTH; SCOTT LEARY, M.D.; IGNACIO AMEZCUA, PA; SUSANNA Z

KROL; CLINICA MSR OSCAR A ROMERO; DORA MAGANA, NP; UNITED

STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT

OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND

HUMAN SERVICES, and DOES 1 through 100, inclusive, and each of them as

follows:

7.  At all times mentioned herein, defendants LOS ANGELES COUNTY

USC MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS

ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH

SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC

**COMPLAINT AND DEMAND FOR JURY**

HEALTH; CLINICA MSR OSCAR A ROMERO; UNITED STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1 through 50, and each of them, were healthcare providers, organized and existing under the laws of the State of California, with their principal place of business and/or conducting business in the County of Los Angeles, State of California, and are now, and at all times herein mentioned were, engaged in operating and managing a general hospital, clinic and/or medical care facilities (and employing health care providers at these facilities to provide care and treatment) in the County of Los Angeles, State of California.

8.   At all times mentioned herein, defendants, SCOTT LEARY, M.D.; IGNACIO AMEZCUA, PA; SUSANNA Z KROL; DORA MAGANA, NP; and DOES 51 through 100, and each of them, were physicians, physicians assistants, surgeons, nurses and/or other medical practitioners, duly licensed to practice medicine, perform surgery, practice nursing and provide other medical services in the State of California, County of Los Angeles, and held themselves out to possess that degree of skill, ability and learning, to physicians, surgeons, nurses and/or other medical practitioners in said community.

9.   The true names of defendants, and each of them, sued herein as DOES 1 through 100, inclusive, are presently unknown to plaintiff who therefore sues said

defendants by such fictitious names, pursuant to California Code of Civil Procedure §474. Plaintiff is informed and believes and thereon alleges that the fictitiously named defendants, and each of them, are negligently or in some other matter legally responsible to plaintiffs for the events and happenings herein referred to and proximately caused damages to plaintiff as set forth herein. Plaintiff will seek leave of court to amend this complaint to insert the true names and capacities of said fictitiously named defendants, and each of them, when the same have been ascertained.

10. Plaintiff is informed and believes and thereon alleges that each of the defendants was the agent, partner, joint-venturer, co-conspirator, lessor, lessee, and/or employee of each of the remaining defendants and in doing the acts or things alleged herein were acting in the course and scope of such agency, employment and/or other relationship stated herein.

11. Plaintiff MICHELLE SCHROEDER employed defendants, and each of them, for medical needs and/or necessities to perform care and treatment for her continuing and progressively worsening complaints and symptoms of back pain, loss of sensation, loss of function, and incontinence, as well as other medical symptoms and complaints.

12. Said defendants, and each of them, undertook said employment and agreed to diagnose, care for and treat plaintiff, and do all things necessary and

proper in connection therewith.   Said defendants, and each of them, thereby

entered into a patient/physician relationship individually, and by and through their

agents and employees.  Said defendants, and each of them, agreed to provide such

medical attention to plaintiff for compensation for which plaintiff agreed to pay.

13.    In the course of providing medical services, attention, treatment

and/or care to plaintiff MICHELLE SCHROEDER , defendants, and each of them,

individually and/or while acting by and through their agents, employees, joint-

venturers, partners, lessors, lessees, and/or co-conspirators named or unnamed as

defendants herein, while acting in the course of their employment, agency or other

relationship, failed to exercise that degree of due care and/or skill common to

medical practitioners and/or healthcare providers in said community, thereby

breaching the duty owed by these defendants, and each of them to plaintiff to

exercise that degree of care, skill, ability and/or learning expected of these

defendants, and each of them, common to medical practitioners and/or healthcare

providers in said community.  Further, these defendants, and each of them, so

negligently, carelessly, recklessly and/or intentionally treated, cared for, diagnosed,

obtained informed consent, failed to obtain informed consent, prescribed and/or

failed to prescribe proper medication and/or treatment, advised, examined, made

and/or failed to make disclosure of relevant information and/or otherwise acted

negligently acted towards plaintiff MICHELLE SCHROEDER that she was caused

**COMPLAINT AND DEMAND FOR JURY**

to and did experience injuries as set forth below, compensation for which is now sought by her.

14.    MICHELLE SCHROEDER's medical symptoms were ignored and not properly diagnosed until **September, 22, 2006** wherein she was told for the first time that her symptoms were from cauda equina syndrome (that was undiagnosed and untreated at that time).  She was also told for the first time on September 22, 2006 that she needed immediate surgery.  Before this time, MICHELLE SCHROEDER was not aware of her injuries and their proper diagnoses,  and the negligent delay in diagnosing and treating her condition until her diagnosis was finally made once it was too late, and her injuries and damages were permanent.

15.    MICHELLE SCHROEDER was eventually admitted to LOS ANGELES COUNTY USC MEDICAL CENTER for emergency decompression surgery after many prior visits and phone calls to multiple health care providers at LOS ANGELES COUNTY USC MEDICAL CENTER and with the other defendants, over several months. On each of these prior visits, she was sent home without a correct diagnosis; unstable; and without necessary and appropriate care and/or treatment.  The outcome of the delay in her care and treatment is she now has permanent injuries and damages from the cauda equina syndrome, including but not limited to loss of sensation, pain, loss of function,

incontinence, all of which were avoidable if earlier care and treatment had been rendered.

16. MICHELLE SCHROEDER'S healthcare providers' failure to properly diagnose, care and treat her cauda equina syndrome in a timely manner, was negligent and below the standard of care. Furthermore, the defendants, and each of them, also failed to adequately perform surgery and achieve proper surgical stabilization as well as failed to ensure the back was stable post surgery and conduct post surgical care and/or rehabilitation all of which was also negligent and below the standard of care which caused further injury and damage. All of the above alleged improper care and treatment was negligent and below the standard of care, and resulted in severe physical deformity, pain and suffering, permanent loss of control over bowel and bladder, and permanent loss of sensation and function to the Plaintiff, all of which was avoidable if proper and timely care and treatment was given and/or if proper surgical and/or post surgical care was performed. All of MICHELLE SCHROEDER's injuries were the result of defendants, and each of their negligent breach of the standard of care in providing care and treatment to the plaintiff.

17. As a direct and proximate result of the negligence and/or wrongdoing of defendants, and each of them, plaintiff MICHELLE SCHROEDER suffered severe injuries to her body and/or psyche, and other injuries which are not fully

known at this time, causing damage to plaintiff MICHELLE SCHROEDER .

18.   As a proximate result of the negligence, carelessness and wrongdoing of defendants, plaintiff MICHELLE SCHROEDER has been injured in her health, strength and activity and has sustained grievous injury to her body and profound shock and injury to her person and nervous system, all of which injuries resulted in great mental, physical and nervous pain and suffering. Said injuries will result in permanent disability to plaintiff, all to her general damages in a sum as yet uncertain, in excess of the minimum jurisdiction of this court. Plaintiff will seek leave of court to plead and prove the nature and extent of her general damages, according to proof at the time of trial, together with interest and/or prejudgment interest thereon at a legal lawful rate.

19.   As a further direct and proximate result of the negligence, carelessness and wrongdoing of defendants and each of them, plaintiff MICHELLE SCHROEDER has in the past and will in the future be required to employ physicians, healthcare providers and surgeons to examine, treat and care for her. Plaintiff, in the past, and will in the future, be required to incur expenses for medical care, and home health care due to the negligence and wrongdoing of the defendants, and each of them.  The exact amount of such medical expenses is unknown, and plaintiff will seek leave of court to plead and prove the exact amount of said expenses at the time of trial, together with interest and/or prejudgment

interest thereon at a legal lawful rate.

20. As a further direct and proximate result of the negligence, carelessness and wrongdoing of defendants, and each of them, plaintiff MICHELLE SCHROEDER will be prevented from attending her usual occupation, and/or has had her capacity to engage in gainful employment diminished, all to her damage in an amount unknown at this time. Plaintiff has also lost her investment in school as a result of the defendant's negligence. Plaintiff will seek leave of court to plead and prove the amount of lost income and lost education payments according to proof at trial together with interest and/or prejudgment interest thereon at a legal lawful rate.

21. Plaintiff will further seek prejudgment interest on all items of damages, including economic and non-economic damages. These will include, but are not limited to, past and future medical expenses, lost wages, and any and all incidental expenses and compensatory damages permitted by law. Please see Code of Civil Procedure sections 685010(a) and 3291.

WHEREFORE plaintiff prays for judgment against defendants, and each of them, as herein set forth.

## SECOND CAUSE OF ACTION
### (*ELAM*)

COMES NOW, plaintiff MICHELLE SCHROEDER and alleges as for a Second Cause of Action against defendants LOS ANGELES COUNTY USC

MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH; CLINICA MSR OSCAR A ROMERO; UNITED STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1 through 50, and each of them, as follows:

22.   Plaintiff re-alleges, refers to and incorporates by reference each and every paragraph of the First Cause of Action as though fully set forth herein.

23.   In the aforementioned examination, diagnosis, care and treatment, of plaintiff MICHELLE SCHROEDER , defendants LOS ANGELES COUNTY USC MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH; CLINICA MSR OSCAR A ROMERO; UNITED STATES OF AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1 through 50, and each of them (hereinafter the "entity defendants"), failed in their duties in that they failed to ensure the healthcare providers at their facilities possessed that degree and skill of knowledge ordinarily

possessed and exercised by physicians, nurses, attendants and the like.

24.   Said entity defendants and each of them owed a duty to plaintiff of selecting and reviewing the competency of its staff, physicians, healthcare providers and other employees carefully.

25.   Plaintiff is informed and believes that defendants, and each of them, breached their duty in exercising reasonable care in selecting, reviewing, periodically reviewing and evaluating the competency of its staff, physicians, healthcare providers and other employees so as to proximately cause injuries and damages to plaintiff as herein alleged.

26.   These entity Defendants, and DOES 1 through 50, and each of them, did so negligently perform their duties such that they failed to ensure the competency of their medical staff and employees through careful selection, review and periodic evaluation of the staff, physicians, healthcare providers and other employees thereby proximately causing injuries and damages to plaintiff as set forth herein.

27.   As a proximate result of the negligence of the entity defendants, plaintiff MICHELLE SCHROEDER received the negligent medical care and treatment described herein above and below, and all of which caused injuries and damages to plaintiff as set forth herein.

28.   As a direct and proximate result of the negligence and/or wrongdoing

**COMPLAINT AND DEMAND FOR JURY**

of the entity defendants and each of them, plaintiff MICHELLE SCHROEDER was

injured and sustained damage as alleged in the first cause of action which was and

is incorporated by reference herein.

Wherefore, Plaintiff prays for judgment against the defendant's, and each of

them, as hereto set forth.

## THIRD CAUSE OF ACTION
### *(Violation of 42 USC §1395dd and California Health and Safety Code §1317, et seq.)*

COMES NOW, plaintiff MICHELLE SCHROEDER and alleges for a

Third Cause of Action against defendants LOS ANGELES COUNTY USC

MEDICAL CENTER; USC MEDICAL CENTER; COUNTY OF LOS

ANGELES; LOS ANGELES COUNTY DEPARTMENT OF HEALTH

SERVICES; COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC

HEALTH; CLINICA MSR OSCAR A ROMERO; UNITED STATES OF

AMERICA; UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH

AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN

SERVICES, and DOES 1 through 50, and each of them (hereinafter "the entity

defendants") as follows:

29.   Plaintiff refers to and incorporates by reference as set forth fully

herein below, each and every paragraph of the First and Second Causes of

Action.

30.   MICHELLE SCHROEDER went to the entity defendants health facility/emergency departments wherein plaintiff was examined by the doctor's agents and/or employees of the entity defendant's health facilities who were physicians and/or nurses, duly licensed to practice medicine in the State of California, and who were employees and/or members of the medical staff of the entity defendants health facilities and/or ostensible agents of the defendant health facilities.  During the visits and examinations, plaintiff MICHELLE SCHROEDER was determined to have, should have been determined to have, and/or did actually have an unstable emergency medical condition, requiring immediate care and treatment.

31.   The entity Defendants and each of them, held themselves out as capable of making a proper diagnosis and treating any and all physical injuries and/or disabilities arising for any reason from any cause, and invited the public, including the plaintiff herein, to use its health care services in exchange for payment.

32.   The entity defendants and each of them, acting through their agents and/or employees, who were then acting within the course and scope of their employment, undertook to render emergency medical care and assistance to plaintiff MICHELLE SCHROEDER, and it then and there became the duty of said defendants to exercise defendants' reasonable care to see that plaintiff

1  obtained proper emergency medical screening, examination, and emergency

2
3  medical attention, and to medically stabilize the plaintiff's condition as defined by

4  42 USC §1395dd and §1317 et seq. of the California Health & Safety Code.

5      33.  Plaintiff MICHELLE SCHROEDER, when she went to the entity

6
7  defendant's facilities,  had an unstable emergency medical condition, including,

8  but not limited to, cauda equina syndrome with acute symptoms that placed her

9
10 health in jeopardy, caused impairment to her ability to function, and placed her at

11 risk for paralysis and/or severe physical impairment.

12     34.     Despite MICHELLE SCHROEDER'S emergency and unstable

13
14  medical  condition, she was not provided an appropriate medical screening

15 examination, and was not medically stabilized when she was discharged home

16
17 (several times) nor was she transferred to an appropriate medical facility that

18 could provide her an appropriate level of medical care given her unstable

19
20 emergency condition, and she was otherwise treated improperly while a patient of

21 the entity defendants, all of which constitutes negligence as alleged above, and

22 was also a violation of 42 USC §1395dd and/or California Health and Safety

23
24 Code §1317 (which provisions are hereby incorporated by reference as if set

25 forth fully herein below).

26     35.  As a direct and proximate result of the wrongdoing of the entity

27
28 defendants and each of them, plaintiff has suffered severe injuries to her body

and/or psyche, and other injuries which are not fully known at this time, causing

damage to plaintiff MICHELLE SCHROEDER in an amount according to proof

at time of trial, as alleged in the first and second causes of action which one

hereby incorporated by reference.

36.   As a further, direct and proximate result of the negligence,

carelessness and wrongdoing of the entity defendants, plaintiff has been forced

to incur attorney's fees and costs to recover compensation for her injuries.

Plaintiff will seek leave of court to plead and prove this amount at time of trial, as

allowed pursuant to 42USC1395AA and/or California Health and Safety Code

§1317.

37.  As a further direct and proximate result of the defendant's

wrongdoing, Plaintiff has incurred incidental and/or consequential damages and

other appropriate equitable relief as established at trial.

WHEREFORE plaintiff prays for judgment against defendants and each of

them, as follows:

1.     General damages in excess of the minimum jurisdiction of this

court, according to proof at trial;

2.     Past and future medical expenses and home health care expenses,

according to proof at trial;

3.     Loss of past and future income and/or earning capacity, according

**COMPLAINT AND DEMAND FOR JURY**

to proof at trial;

4.     Incidental expenses incurred according to proof at trial;

5.     Interest and/or prejudgment interest on all damages sought and/or

incidental herein, at the legal lawful rate;

6.     For all costs of suit incurred herein;

7.     Attorney's fees and costs according to proof at trial (pursuant to

the Third Cause of Action only); and

8.     For such other and further relief as may be proper.

DATED: January _ , 2008                    DEMAS & ROSENTHAL

By:

STEVEN H. SCHULTZ
Attorney for Plaintiff

**DECLARATION OF SERVICE**

STATE OF CALIFORNIA      )

                       : SS.

COUNTY OF SACRAMENTO)

     I, the undersigned, certify that:

     I am, and was, at the time of service hereinafter mentioned, a citizen of the United States of America, over the age of eighteen years, employed in the above-named county and state, and not a party to the action named in the title of the annexed document.  On the following date, I caused to be served the following document(s):

**DOCUMENT(S)**:

\_     **MAIL**:by placing a true copy enclosed in a sealed envelope with first class postage thereon fully prepaid in a United States Post office box in California addressed as   set forth below.

\_     **PERSONAL DELIVERY**:by causing to be hand-delivered, a true copy thereof to the person at the address set forth below.

\_     **OVERNIGHT DELIVERY**: by placing a true copy thereof enclosed in a sealed overnight delivery package with postage fully prepaid at the facility regularly maintained by an overnight delivery company at the address set forth below.

\_     **FACSIMILE**:  by causing a true copy thereof to be telecopied to the party at the facsimile number set forth below.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2005(I) I caused the machine to print a transmission record showing the fax number at the address set forth below.

     I am "readily familiar" with the firm's practice of collection and processing correspondence.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit.

     Executed on January 11 , 2008, at Sacramento, California.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tina M. Echols

**COMPLAINT AND DEMAND FOR JURY**

# Sedgwick Caronia

P.O. Box 15398 | Long Beach, CA  90815

April 12, 2007

Steven H. Schultz, Esq.
Demas & Rosenthal
2331 Capitol Avenue
Sacramento, CA 95816

| | | |
|---|---|---|
| Claimant(s) | : | Michelle Schroeder |
| Claim Filed | : | 03/20/2007 |
| Sedgwick Caronia File No. | : | 9012        County File No.: 07-1050590 |
| Claim Account Executive | : | Patt Gogo |

Dear Mr. Schultz:

We are liability claims administrators for the County of Los Angeles. The above-referenced claim that you filed with the Los Angeles County Board of Supervisors has been referred to us for handling.

The claim previously filed 03/16/2007, has been denied.  We have attached a copy of the denial for your review.

Your "Verified Claim", claims no new causes of action.   Therefore, no further action will be taken on that "Verified Claim".

Questions with respect to this claim should be directed to the assigned Claim Account Executive, noted above, at Sedgwick Caronia, P.O. Box 15398, Long Beach, California 90815

sdh/44B

attachment

---

*Phone: 562.627.5500*          *Fax:  562.420.5999*          *www.sedgwickcms.com*

# Sedgwick Caronia

P.O. Box 15398 | Long Beach, CA 90815

April 12, 2007

Steven H. Schultz, Esq.
Demas & Rosenthal
2331 Capitol Avenue
Sacramento, CA 95816

| | |
|---|---|
| Claimant(s) | : Michelle Schroeder |
| Claim Filed | : 03/16/2007 |
| Sedgwick Caronia File No. | : 9012   County File No.: 07-1050590 |
| Account Executive | : Patt Gogo |

Dear Mr. Schultz:

We are the administrators for the Hospital Professional Liability Claims Program for the County of Los Angeles. The above-referenced claim you filed with the Los Angeles County Board of Supervisors has been referred to us.

Please be advised that the claim you presented to the Los Angeles County Board of Supervisors is being denied as to any events occurring more than six months prior to the date of filing of the claim because it was not presented within the 6-month period provided by law.  See sections 901 and 911.2 of the Government Code. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Further, this letter is to inform you that the claim that you filed has been denied as to any events occurring six months or less prior to filing the claim.  Investigation of this matter fails to indicate any liability on the part of the County of Los Angeles, its officers, agents or employees.  No further action will, therefore, be taken on this matter.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

If you dispute the County's conclusion that your claim was untimely, the following warning may be applicable:

Government Code section 911.3 provides that when a claim is denied because it was not presented within the time allowed by law, notice to the claimant shall so state and further give notice in substantially the following form:

"Your only recourse at this time is to apply without delay to the Los Angeles County Board of Supervisors for leave to present a late claim.  See sections 911.4 to 912.2, inclusive, and section 946.6 of the Government Code.  Under some circumstances, leave to present a late claim will be granted.  See section 911.6 of the Government Code.

"You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately."

Questions with respect to this claim should be directed to the assigned Account Executive, noted above, at Sedgwick Caronia, P.O. Box 15398, Long Beach, California 90815.

---

*Phone: 562.627.5500*      *Fax: 562.420.5999*      *www.sedgwickcms.com*

Sedgwick Caronia File No.:  9012
County File No.:    07-1050590

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is P. O. Box 15398, Long Beach, California, 90815.

On April 12, 2007, I served the foregoing document described as:

X Denial of Claim

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows

Steven H. Schultz, Esq.
Demas & Rosenthal
2331 Capitol Avenue
Sacramento, CA 95816

Robert N. Stone, Esq.
Stone Dolginer & Wenzel
2321 Rosecrans Avenue, Suite 2220
El Segundo, CA 90245

_XX_   **(BY MAIL)**    I placed such envelope with postage thereon fully prepaid in the United States          mail at Long Beach, California.
____   **(BY PERSONAL SERVICE)**
                          I caused such envelope to be delivered by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 12, 2007 at Long Beach, California.

_____
Amber N. Munoz

Sedgwick Caronia File No.:  9012
County File No.:   07-1050590

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is P. O. Box 15398, Long Beach, California, 90815.

On April 12, 2007 I served the foregoing document described as:

X Denial of Claim

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows

Steven H. Schultz, Esq.
Demas & Rosenthal
2331 Capitol Avenue
Sacramento, CA 95816

<u>XX</u>   **(BY MAIL)**   I placed such envelope with postage thereon fully prepaid in the United States mail at Long Beach, California.

_____   **(BY PERSONAL SERVICE)**   I caused such envelope to be delivered by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 12, 2007 at Long Beach, California.

Amber N. Muñoz

1   **DEMAS & ROSENTHAL**
    STEVEN H. SCHULTZ, State Bar No.163543

2   2331 Capitol Avenue
    Sacramento, California 95816

3   Telephone: (916) 442-9000
    Facsimile: (916) 441-6444

4

    Attorneys for Claimant

5

6   IN THE MATTER OF THE CLAIMS OF:

7

8   MICHELLE SCHROEDER,

9

             Claimant

10

11

FILED

2007 MAR 16  PM 2: 50

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

**AMENDED CLAIM FOR DAMAGES
AGAINST PUBLIC ENTITY
[GOVERNMENT CODE §910]
[GOVERNMENT CODE §910.6]**

12

13        Claimant MICHELLE SCHROEDER,  by and through her attorney, hereby presents this

14  **amendment** to the claim that was previously filed against the COUNTY OF LOS ANGELES c/o

15  CLERK OF THE BOARD OF SUPERVISORS; COUNTY OF LOS ANGELES DEPARTMENT OF

16  PUBLIC HEALTH dba USC MEDICAL CENTER, SCOTT LEARY, M.D. & THE NURSING

17  STAFF OF USC MEDICAL CENTER c/o USC MEDICAL CENTER by adding the following

18  respondents/defendants and allegations as follows:

19        This claim, in addition to the above respondents/defendants, is also asserted against the

20  following **additional** respondents/defendants:

21       **SUSANNA Z KROL**
         USC MEDICAL CENTER

22       1200 NORTH STATE STREET
         LOS ANGELES, CA 90033

23

24       **IGNACIO AMEZCUA, PA**
         USC MEDICAL CENTER

25       1200 NORTH STATE STREET
         LOS ANGELES, CA 90033

26       **CLINICA MSR OSCAR A ROMERO**
         RISK MANAGER

27       123 SOUTH ALVARADO STREET
         LOS ANGELES, CA 90057

28

1

1      **CLINICA MSR OSCAR A ROMERO**
RISK MANAGER
2      2032 MARENGO STREET
LOS ANGELES, CA 90033

3

     **DORA MAGANA, NP**
4      2032 MARENGO STREET
LOS ANGELES, CA 90033

5

     **DORA MAGANA, NP**
6      123 SOUTH ALVARADO STREET
LOS ANGELES, CA 90057

7

     **LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES**
8      313 N. FIGUEROA STREET
LOS ANGELES, CA 90012

9

10      COUNTY OF LOS ANGELES (*previously served)
C/O CLERK OF THE BOARD OF SUPERVISORS
KENNETH HAHN HALL OF ADMINISTRATION
11      500 WEST TEMPLE STREET, ROOM 383
LOS ANGELES, CA 90012

12

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH (*previously served)
13      dba USC MEDICAL CENTER
ATTENTION RISK MANAGER
14      1200 NORTH STATE STREET
LOS ANGELES, CA 90033

15

SCOTT LEARY, M.D. & NURSING STAFF USC MEDICAL CENTER (*previously served)
16      C/O USC MEDICAL CENTER
1200 NORTH STATE STREET
17      LOS ANGELES, CA 90033

18      (a)     <u>**Claimant is:**</u> MICHELLE SCHROEDER, whose address is 1860 Park Oak Dr.,

19 Roseville, CA 95661. Claimants date of birth is 11/30/75, and her Social Security number is 552-67-

20 5746.

21      (b)     <u>**The post office address to which claimant desires notice of this claim be sent is as**</u>

22 <u>**follows:**</u>

23          Steven H. Schultz
Demas & Rosenthal
24          2331 Capitol Avenue
Sacramento, California 95816

25

26      (c)     **Date, Place and Circumstances of Occurrences Giving Rise to the Claim Are as**
              <u>**Follows:**</u>

27

28      MICHELLE SCHROEDER was diagnosed with Cauda Equina Syndrome on September 22,

2

1  2006, and was surgically decompressed on that day. There was a delay in diagnosing and treating that

2  condition from June 15-September 22 where she was presenting to all of the above health care

3  providers, but was not being appropriately diagnosed or treated, which failures left her with residual

4  injuries and permanent damages from the delay in her care and treatment. The claimant was not aware

5  of the accrual of her claim, her injuries and their wrongful causes until September 22, 2006 when she

6  was finally diagnosed and treated with surgery.

7       From June 15, 2006 to September 22, 2006 the claimant , on several occasions, presented

8  herself to CLINICA MSR OSCAR A ROMERO and was seen by DORA MAGANA, NP and also

9  presented herself to Los Angeles County General Hospital, operated by the County of Los Angeles

10  Department of Health Services, USC Medical Center and was seen by different health care providers

11  including Scott Leary, M.D.; the nursing staff of USC Medical Center; Susanna Koll; Ignacio

12  Amezcua, PA and others whose names are not presently known.

13       The Claimant presented herself to all of these health care providers for treatment of her

14  progressively worsening severe back pain; radiculopathy; loss of sensation and function and

15  incontinence of bowel and bladder.  Although an appointment was scheduled for her to see an

16  orthopedist in October, 2006, she was repeatedly sent home without appropriate care despite the

17  severity of her symptoms, despite the dangers of leaving the symptoms untreated, and in spite of MRI

18  evidence suggesting a larger problem.  Her symptoms were in fact so severe that she was given

19  morphine and vicodin to alleviate the pain, without success. Despite all of this, she was advised to just

20  keep her orthopedic consult for the following month, instead of submitting her for a surgical

21  evaluation, treatment and surgical care that she required.

22       Because of the delay in her care and treatment, she was not taken to surgery until it was too

23  late, and after her spinal cord injuries became permanent, despite the urgent surgical decompression

24  that was finally performed.

25       All of the above failures to recognize the severity of the claimants problem, her need for more

26  care and treatment, and the failure to timely treat these problems all constitute medical negligence and

27  conduct that was below the standard of care.  Additionally, the above-described conduct in sending

28  the claimant home with an unstable dangerous emergency medical condition also constitutes "patient

3

dumping" in violation of California Health and Safety Code 1317 et.seq., 42 USC 1395dd et.seq an other statutes.

      (d)    **As a Direct and Proximate Result of the Above Described Negligence, Claimant Have Experienced Injuries, Damages, Losses, etc. As Follows:**

      As a direct and proximate result of the negligent and/or careless acts and/or intentional acts and/or reckless acts and/or other wrongdoings of the employees and/or agents and/or representatives of all of the above-listed respondents, claimant, Michelle Schroeder has now suffered permanent injuries and damages to her back and body as a whole, including general damages for her past and future pain and suffering and emotional distress; medical injuries including pain, discomfort loss of sexual function/decreased sexual function, and incontinence of bowel and bladder; medical expenses for both past and future care and treatment; loss of income both past and future; special damages for student loans that were unable to be fully used because of her physical limitations and other injuries and damages that are not presently known, but will be demonstrated at trial, all of which damages are far in excess of the minimum jurisdiction of the California Superior Courts.

      Based on the above, the claimant seeks non-economic damages in the maximum amount allowed by law, according to proof at trial. Claimant also seeks economic damages in an amount that is not presently known, that however may be well in excess of $2,000,000.

      (e)    **The known names of the public employee(s)** believed to be responsible for all of this misconduct and the resultant injuries are as follows: DORA MAGANA, NP (CLINICA MSR OSCAR A ROMERO); SUSANNA Z KROL (USC MEDICAL CENTER); IGNACIO AMEZCUA, PA (USC MEDICAL CENTER); SCOTT LEARY, M.D.(USC MEDICAL CENTER); other physicians, nursing staff and health care providers whose names are not presently known, but who provided care to the claimant at USC MEDICAL CENTER and/or CLINICA MSR OSCAR A ROMERO.

      (f)    Claimant seeks damages for medical expenses, wage loss, consequential special damages and general damages all far in excess of the minimum jurisdiction of the Superior Court, and in excess

//

//

//

4

CLAIM AGAINST PUBLIC ENTITY PURSUANT TO GOVERNMENT CODE 8010

1     of $2,000,000. The claim exceeds the maximum jurisdiction of a limited civil case.

2     DATED: March 13, 2007.        DEMAS & ROSENTHAL

3

4                         By:

5                             STEVEN H. SCHULTZ

6                           Attorney for Claimant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorney or Party without Attorney:
STEVEN H. SCHULTZ ESQ., Bar #163543
DEMAS & ROSENTHAL
2331 CAPITAL AVENUE
SACRAMENTO, CA 95816
Telephone No: 916-442-9000        FAX No: 916-441-6444

For Court Use Only

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: MICHELLE SCHROEDER
Defendant: UNITED STATES OF AMERICA

| PROOF OF SERVICE CLAIM FOR DAMAGE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CLAIM FOR DAMAGE; ATTACHMENT

3. a. Party served:                    DEPARTMENT OF HEALTH AND HUMAN SERVICES
   b. Person served:                  DONALD ROOTS, SENIOR EXECUTIVE ASSISTANT, AUTHORIZED TO
                                      ACCEPT SERVICE., Black, Male, 50 Years Old, No Hair, 6 Feet 1 Inches, 190
                                      Pounds

4. Address where the party was served·   RICHARD BERGERON, GENERAL COUNSEL
                                         200 INDEPENDENCE AVENUE SW
                                         WASHINGTON, DC

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Mon., May. 21, 2007 (2) at: 1:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DEPARTMENT OF HEALTH AND HUMAN SERVICES
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER                   d.  *The Fee for Service was:*   $115.00
      Brandon Snesko
      2300 P Street                         e.  I am: (3) registered California process server
      Sacramento, CA 95816                       (i)   Independent Contractor
      (916) 498-0808                             (ii)  Registration No.:
      FAX (916) 498-0817                         (iii) County:

District of Columbia : SS
Subscribed and Sworn to before me
this 23rd day of _____ 2007

B. Tony Snesko, Notary Public, D.C.
Commission expires December 14, 2011

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, May. 22, 2007

Judicial Council Form POS-010          PROOF OF SERVICE              (OUT OF STATE SERVER)
Rule 982.9.(a)&(b) Rev January 1, 2007  CLAIM FOR DAMAGE                                      sls.109165
                                                                      Brandon Snesko

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA , DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF HEALTH AND HUMAN SERVICES; CLINICA MSR OSCAR A. ROMERO; DORA MAGANA, NP | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Michelle Schroeder, 6730 Championship Drive, Chandler, AZ 85249<br>c/o Steven H. Schultz, Demas & Rosenthal, LLP<br>2331 Capitol Avenue, Sacramento, CA 95816 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>11/03/1975 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>September 22, 2006 | 7. TIME (A.M. OR P.M.)<br>All day |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Medical malpractice for failure to timely diagnose and treat cauda equina syndrome from June 2006 - September 2006 resulting in permanent cauda equina syndrome; loss of sensation; loss of sexual function; pain; and incontinence of bowel and bladder. Also, failure to properly stablize the lower back in surgery and post-surgically. Also, patient dumping in violation of state and federal law for failure to stablize or treat Michelle Schroeder's emergency medical condition.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.
(See Instructions on reverse side.)
None

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Michelle Schroeder had/has cauda equina syndrome which went undiagnosed and untreated that has now resulted in incontinence of bowel and bladder; loss of motion; loss of sensation; loss of sexual function; pain and suffering; loss of income; and the need for future surgery and medical care.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| SEE ATTACHMENT | SEE ATTACHMENT | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br><br>None | 12b. PERSONAL INJURY<br><br>$10,000,000.00 | 12c. WRONGFUL DEATH<br><br>None | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$10,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>_Steven H. Schultz_ | 13b. Phone number of person signing form<br>916-442-9000 | 14. DATE OF SIGNATURE<br>05/11/2007 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109                           NSN 7540-00-634-4046                           STANDARD FORM 95
                                                                                PRESCRIBED BY DEPT. OF JUSTICE
                                                                                28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☒ No

17. If deductible, state amount.

None

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

None

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

None

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

# ATTACHMENT

## 11.    WITNESSES

| <u>NAME</u> | <u>ADDRESS</u> |
| --- | --- |
| Dora Magana, FNP | 2032 Marengo Street, Los Angeles, California 90033 and/or 123 South Alvarado, Los Angeles, CA 95816 |
| Michelle Schroeder | c/o Steven H. Schultz, Demas & Rosenthal, LLP 2331 Capitol Avenue, Sacramento, CA 95816 |
| County USC Medical Center | 1200 North State Street, Los Angeles, CA 90033 |
| Pasquale Montesano, M.D. | 3800 J Street, Suite 220, Sacramento, CA 95816 |
| VanBuren Lemons, M.D. | 83 Scripps Drive, Suite 310, Sacramento, CA 95825 |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>MICHELLE SCHROEDER | DEFENDANTS<br>LOS ANGELES COUNTY USC MEDICAL CENTER, et al. |
|---|---|
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Castle Rock, Washington | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):<br>Los Angeles |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Steven H. Schultz, Esq.<br>DEMAS & ROSENTHAL<br>701 Howe Avenue, Ste. A-1<br>Sacramento, CA 95825 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☑ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY |  | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation |  | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure |  | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment |  |  |  | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land |  |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

CV-71 (07/05)                        CIVIL COVER SHEET                  **CV08-00264**              Page 1 of 2

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

*Castle Rock, Washington*

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

*Los Angeles*

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

*Los Angeles*

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date *1/11/08*

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | CALIFORNIA |
|---|---|---|

MICHELLE SCHROEDER

V.

LA COUNTY USC MEDICAL CENTER
et al.

SEE Attachment

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV08-00264 PSG (CTx)

TO: (Name and address of Defendant)

See Attachment A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven H. Schultz, Esq., DEMAS & ROSENTHAL, 701 Howe Avenue,
Suite A-1, Sacramento, CA 95825, (916)442-9000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SHERRI R. CARTER

JAN 1 6 2008

| CLERK | DATE |
|---|---|

NATALIE LONGORIA

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                    *Signature of Server*


                                                      _____
                                                      *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1  Demas & Rosenthal, LLP
2  Steven H. Schultz, Esq., State Bar No. 163543
   2331 Capitol Avenue
3  Sacramento, California 95816
4  (916) 442-9000

5  Attorney for Plaintiff
6
7
8
9              UNITED STATES DISTRICT COURT
              CENTRAL  DISTRICT OF CALIFORNIA
10
11
12  MICHELLE SCHROEDER,                    Case No.

13              Plaintiff,

14                                         COMPLAINT FOR MEDICAL
                                           MALPRACTICE; NEGLIGENT
15        -vs-                             PHYSICIAN
                                           HIRING/CREDENTIALING
16  LOS  ANGELES  COUNTY  USC             (ELAM); PATIENT DUMPING
   MEDICAL CENTER; USC MEDICAL           [California Health and Safety Code
17  CENTER;   COUNTY   OF   LOS          1317; 42 U.S.C. 1395dd] AND
18  ANGELES;   LOS   ANGELES             DEMAND FOR JURY TRIAL
   COUNTY   DEPARTMENT   OF
19  HEALTH SERVICES; COUNTY OF
20  LOS ANGELES DEPARTMENT OF
21  PUBLIC HEALTH; SCOTT LEARY,
   M.D.; IGNACIO AMEZCUA, PA;
22  SUSANNA Z KROL; CLINICA MSR
23  OSCAR  A  ROMERO;  DORA
24  MAGANA, NP; UNITED STATES
   OF AMERICA; UNITED STATES OF
25  AMERICA,  DEPARTMENT  OF
26  HEALTH AND HUMAN SERVICES;
   DEPARTMENT OF HEALTH AND
27  HUMAN  SERVICES and DOES 1
28  through 100, inclusive,

              Defendants.
   _____/

**Attachment A**

**Los Angeles County USC Medical Center**
1200 North State Street
Los Angeles, CA 90033

**USC Medical Center**
1200 North State Street
Los Angeles, CA 90033

**County of Los Angeles**
c/o Clerk of the Board of Supervisors
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 383
Los Angeles, CA 90012

**Los Angeles County Department of Health Services**
313 North Figueroa Street
Los Angeles, CA 90012

**County of Los Angeles Department of Public Health**
**dba USC Medical Center**
Attention: Risk Manager
1200 North State Street
Los Angeles, CA 90033

**Scott Leary, M.D. and Nursing Staff USC Medical Center**
c/o USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Ignacio Amezcu, PA**
USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Susanna Z. Krol**
USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Clinica MSR Oscar A. Romero**
123 South Alvarado Street

Los Angeles, CA 90057

**Clinica MSR Oscar A. Romero**
2032 Marengo Street
Los Angeles, CA 90033

**Dora Magana, NP**
2032 Marengo Street
Los Angeles, CA 90033

**Dora Magana, NP**
123 South Alvarado Street
Los Angeles, CA 90057

United States of America

United States of America, Department of Health and Human Services

Department of Health and Human Services

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of California

MICHELLE SCHROEDER

**SUMMONS IN A CIVIL CASE**

LOS ANGELES COUNTY USC
MEDICAL CENTER; ET AL.
(SEE ATTACHMENT)

CASE NUMBER:  CV08-00264 PSG (CTx)

TO: (Name and address of Defendant)

Steven H. Schultz, Esq., DEMAS & ROSENTHAL, 701 Howe Avenue,
Suite A-1, Sacramento, CA 95825, (916) 442-9000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SHERRI R. CARTER

JAN 2 2 2008

CLERK

DATE

NATALIE LONGORIA

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                            *Signature of Server*

                                         123 ANY STREET

                                         _____
                                         *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1    Demas & Rosenthal, LLP
2    Steven H. Schultz, Esq., State Bar No. 163543
3    2331 Capitol Avenue
     Sacramento, California 95816
4    (916) 442-9000

5
     Attorney for Plaintiff
6

7

8

9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA

11

12   MICHELLE SCHROEDER,                 Case No.

13              Plaintiff,

14                                       COMPLAINT FOR MEDICAL
15        -vs-                           MALPRACTICE; NEGLIGENT
                                         PHYSICIAN
16   LOS ANGELES COUNTY USC              HIRING/CREDENTIALING
17   MEDICAL CENTER; USC MEDICAL         (ELAM); PATIENT DUMPING
     CENTER; COUNTY OF LOS               [California Health and Safety Code
18   ANGELES; LOS ANGELES                1317; 42 U.S.C. 1395dd] AND
19   COUNTY DEPARTMENT OF                DEMAND FOR JURY TRIAL
     HEALTH SERVICES; COUNTY OF
20   LOS ANGELES DEPARTMENT OF
21   PUBLIC HEALTH; SCOTT LEARY,
     M.D.; IGNACIO AMEZCUA, PA;
22   SUSANNA Z KROL; CLINICA MSR
23   OSCAR A ROMERO; DORA
24   MAGANA, NP; UNITED STATES
     OF AMERICA; UNITED STATES OF
25   AMERICA, DEPARTMENT OF
26   HEALTH AND HUMAN SERVICES;
     DEPARTMENT OF HEALTH AND
27   HUMAN SERVICES and DOES 1
28   through 100, inclusive,

                Defendants.
     _____/

**Attachment A**

**Los Angeles County USC Medical Center**
1200 North State Street
Los Angeles, CA 90033

**USC Medical Center**
1200 North State Street
Los Angeles, CA 90033

**County of Los Angeles**
c/o Clerk of the Board of Supervisors
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 383
Los Angeles, CA 90012

**Los Angeles County Department of Health Services**
313 North Figueroa Street
Los Angeles, CA 90012

**County of Los Angeles Department of Public Health**
**dba USC Medical Center**
Attention: Risk Manager
1200 North State Street
Los Angeles, CA 90033

**Scott Leary, M.D. and Nursing Staff USC Medical Center**
c/o USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Ignacio Amezcu, PA**
USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Susanna Z. Krol**
USC Medical Center
1200 North State Street
Los Angeles, CA 90033

**Clinica MSR Oscar A. Romero**
123 South Alvarado Street

Los Angeles, CA 90057

**Clinica MSR Oscar A. Romero**
2032 Marengo Street
Los Angeles, CA 90033

**Dora Magana, NP**
2032 Marengo Street
Los Angeles, CA 90033

**Dora Magana, NP**
123 South Alvarado Street
Los Angeles, CA 90057

United States of America

United States of America, Department of Health and Human Services

Department of Health and Human Services

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Carolyn Turchin.

The case number on all documents filed with the Court should read as follows:

## CV08- 264 PSG (CTx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.