GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Fax No.: (213) 894-7819
   Joanne.Osinoff@usdoj.gov

Attorney for Defendant
United States of America

E-FILED 11-20-09
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHELLE SCHROEDER,<br><br>   Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY USC MEDICAL CENTER; UNITED STATES OF AMERICA, ET AL.,<br><br>   Defendants. | No. CV 08-00264 PSG (TLx)<br><br>ORDER OF DISMISSAL |

    A conference was conducted by the Court on November 16, 2009. At that time, the parties indicated that settlement had been reached. Accordingly, based upon the representations of counsel, IT IS HEREBY ORDERED that:

    1.    Plaintiff's action is dismissed in its entirety with respect to defendant United States of America and defendant County of Los Angeles;

    2.    The Court shall to retain jurisdiction pending completion of the terms of settlements;

3. In the event that the Board of Supervisors for the County of Los Angeles rejects or fails to approve the settlement between the Plaintiff and the County of Los Angeles, the Court will reopen this case; and

4. All parties shall bear their own fees, expenses, and costs of suit.

SO ORDERED this 19th day of November , 2009.

**PHILIP S. GUTIERREZ**
UNITED STATES DISTRICT JUDGE